# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| Lee Michael Singletary and<br>Clarice Singletary, | ) | **Civil Action No. 2:20-cv-3923-RMG** |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Town of Moncks Corner and Officer<br>Sean Barber, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that Plaintiffs' motion to remand be granted and Defendants' pending motion to dismiss be denied without prejudice as moot. (Dkt. No. 12). Plaintiffs move to remand, (Dkt. No. 8), in light of their amended complaint which no longer contains any federal causes of action, (Dkt. No. 7). Defendants agree this case must be remanded as subject matter jurisdiction is lacking. (Dkt. No. 11). Thus, as subject matter is lacking, the Court **ADOPTS** the R&R as the Order of the Court, **GRANTS** Plaintiffs' motion to remand (Dkt. No. 8), remands this action to the Berkeley County Court of Common Pleas, and **DENIES WITHOUT PREJUDICE** as moot Defendants' motion to dismiss (Dkt. No. 6).

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
United States District Court Judge

January 12, 2021
Charleston, South Carolina